# In the United States Court of Federal Claims

| | |
|---|---|
| * * * * * * * * * * * * * * * * * * *  <br>**KJS SUPPORT SERVICES JOINT VENTURE, LLC,** <br>　　　　**Protestor,** <br>v. <br>**UNITED STATES,** <br>　　　　**Defendant,** <br>v. <br>**SHEARWATER MISSION SUPPORT, LLC,** <br>　　　　**Defendant-Intervenor.** <br>* * * * * * * * * * * * * * * * * * * | No. 18-1875C <br>Filed: December 19, 2018 |

**O R D E R**

The court is in receipt of protestor's December 18, 2018 notice of voluntary dismissal, which states that "KJS Support Services Joint Venture, LLC, hereby, pursuant to RCFC [Rules of the United States Court of Federal Claims] 41(a)(1)(A)(i), voluntarily dismisses the above-captioned bid protest action without prejudice." Pursuant to RCFC 41(a) (2018), the court **ORDERS** that the above-captioned protest be **DISMISSED** without prejudice.

**IT IS SO ORDERED**.

　　　　　　　　　　　　　　　　　　　　s/Marian Blank Horn
　　　　　　　　　　　　　　　　　　　　**MARIAN BLANK HORN**
　　　　　　　　　　　　　　　　　　　　　　　**Judge**